**UNITED STATES DISTRICT**
**DISTRICT OF MASSACHUSETTS**

Laura Maria Guevara Peruano,

Petitioner,

David Wesling, Field Office Director, *et al,*

Respondents.

Civil Action No. 1:26-cv-10300-LTS

## DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER

## BRIAN E. SULLIVAN

1. Pursuant to the authority of 28 U.S.C. § 1746, I, Brian E. Sullivan, a Supervisory Detention and Deportation  Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

2. I am currently serving the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as a Supervisory Detention and Deportation Officer ("SDDO") in Burlington, Massachusetts. I have served in this position since May 2023 and have been employed by ICE since March 2009.

3. As SDDO, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for aliens in ICE custody.

4. I have experience using ICE records systems to obtain information about specific aliens. ICE maintains electronic and paper records created during daily business. These records are created at or near the time of the relevant events by, or from information provided by, people with knowledge of those events. In preparing this declaration, I reviewed official

1

ICE records, including, but not limited to, the ENFORCE Alien Removal Module ("EARM"), an electronic case-management database that ICE personnel ordinarily rely upon to determine an alien's immigration history, current case status, and, if applicable, plans for removal.

5. While preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of Laura Maria Guevara Peruano ("Petitioner").

6. Petitioner last entered ICE custody on or about August 5, 2025 and is currently detained at the South Louisiana ICE Processing Center in Basile, Louisiana.

<u>TRANSFER HISTORY</u>

7. Petitioner is a national of Ecuador. She is not a native and citizen of the United States.

8. On or around August 5, 2025, ICE encountered Petitioner at or near Hartford, Connecticut.

9. That same day, ICE briefly held Petitioner in their Hartford Office in Hartford, Connecticut and then transferred her to the Cumberland Country Jail in Portland, Maine.

10. On or about January 22, 2026, ICE transferred Petitioner from the Cumberland County Jail to ERO's Field Office in Burlington, Massachusetts.

11. ICE then made travel arrangements to transfer Petitioner from Massachusetts to Louisiana.

12. On or around January 23, 2026, Petitioner departed the Laurence F. Hanscom Field Airport in Bedford, Massachusetts on a flight at approximately 11:20 a.m. EST enroute to the Alexandria International Airport in Rapides Parish, Louisiana, where she arrived at approximately 3:00 p.m EST.

13. The Petitioner's transfer was conducted as part of standard ICE operations to advance the agency's mission and optimize bedspace management.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 27th of January 2026.

BRIAN E
SULLIVAN

Digitally signed by BRIAN E
SULLIVAN
Date: 2026.01.27 13:49:02 -05'00'

Brian E. Sullivan
Supervisory Detention and Deportation Officer
United States Immigration and Customs Enforcement
Burlington, Massachusetts