UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARIA GUEVARA PERUANO,     ) | |
| ) | |
| Petitioner     ) | C.A. No. 26-cv-10300-LTS |
| ) | |
| v.     ) | |
| ) | |
| WESLING, et al.     ) | |
| ) | |
| Respondents.     ) | |
| ) | |

## STATUS REPORT

Respondents respectfully provide the following status report to the Court:

Undersigned counsel has been informed that Petitioner is currently "receiving any and all medications prescribed" at the South Louisiana ICE Processing Center. Undersigned counsel has relayed this information to Petitioner's counsel via email.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112

Date: January 27, 2026

## **CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I served a true copy of the above document, Notice of Appearance, upon all parties of record via this court's electronic filing system.

Date:   January 27, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

2