Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 1 of 8

▾ jciachurski   ▾ My FlightAware   My Alerts     Basic User (Upgrade)      12:35PM EST   English (USA)



All ▾    ⎵ Search for flight, tail, airport, or city        Forgot the flight number?

**Contact Us**

| Products | Industries | ADS-B | Flight Tracking | Community | Company |

(Departures) (Arrivals) (Scheduled Departures) (En Route/Scheduled to KBED)

- KBED Airport Flight Tracker
- KBED Airport Information and Procedures
- KBED Airport Photos
- KBED Weather
- Buy KBED Excel flight history

Filters: (Airline) (General Aviation) (All)



(Next 40) (Previous 40) (Currently displaying flights 320 - 360)

## Departures: Laurence G Hanscom Fld Airport (Bedford, MA) [KBED]

| Ident | Type | Destination | Departure↓ | Estimated Arrival Time | Arrival |
|---|---|---|---|---|---|
| TWY33 | GLF6 | Clearwater Intl (KPIE) | Sat 12:44PM EST | Sat 03:33PM EST | Sat 03:33PM EST |
| KPO999 | C25C | Naples Muni (KAPF) | Sat 12:30PM EST | Sat 04:09PM EST | Sat 04:09PM EST |
| VJA500 | GL5T | Palm Beach Intl (KPBI) | Sat 12:22PM EST | Sat 03:18PM EST | Sat 03:18PM EST |
| N138MC | SR22 | Fitchburg Muni (KFIT) | Sat 11:49AM EST | Sat 12:02PM EST | Sat 12:02PM EST |
| TIV680 | C680 | Centennial (KAPA) | Sat 11:14AM EST | Sat 02:31PM MST | Sat 02:31PM MST |
| N3021C | P28A | Laurence G Hanscom Fld (KBED) | Sat 10:27AM EST | Sat 10:46AM EST | Sat 10:46AM EST |
| N3021C | P28A | Laurence G Hanscom Fld (KBED) | Sat 10:17AM EST | Sat 10:25AM EST | Sat 10:25AM EST |
| EJA597 | C68A | Dubuque Rgnl (KDBQ) | Sat 10:00AM EST | Sat 12:08PM CST | Sat 12:08PM CST |
| OKC471 | LJ75 | Southwest Florida Intl (KRSW) | Sat 09:48AM EST | Sat 01:18PM EST | Sat 01:18PM EST |
| EJA977 | C68A | Dane Co Rgnl (KMSN) | Sat 09:46AM EST | Sat 11:32AM CST | Sat 11:32AM CST |
| N3021C | P28A | Laurence G Hanscom Fld (KBED) | Sat 09:44AM EST | Sat 10:15AM EST | Sat 10:15AM EST |
| N960TF | | Long Island MacArthur (KISP) | Sat 09:30AM EST | Sat 10:10AM EST | Sat 10:10AM EST |
| VJA549 | CL30 | Southwest Florida Intl (KRSW) | Sat 09:25AM EST | Sat 12:44PM EST | Sat 12:44PM EST |
| EJA273 | E545 | Cyril E King (STT / TIST) | Sat 09:20AM EST | Sat 01:49PM AST | Sat 01:49PM AST |
| CNS64 | PC24 | Palm Beach Intl (KPBI) | Sat 09:14AM EST | Sat 12:43PM EST | Sat 12:43PM EST |
| JRE753 | C25B | Charleston Exec (KJZI) | Sat 09:00AM EST | Sat 11:45AM EST | Sat 11:45AM EST |
| N125XP | H25B | Univ of IL - Willard (KCMI) | Sat 08:51AM EST | Sat 10:38AM CST | Sat 10:38AM CST |
| KFB606 | GLF4 | Argyle International Airport (SVD / TVSA) | Sat 08:45AM EST | Sat 01:49PM AST | Sat 01:49PM AST |

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 2 of 8

## Departures: Laurence G Hanscom Fld Airport (Bedford, MA) [KBED]

| Ident | Type | Destination | Departure⬇ | Estimated Arrival Time | Arrival |
|-------|------|-------------|-----------|------------------------|---------|
| LXJ567 | CL35 | Opa-locka Executive (KOPF) | Sat 07:47AM EST | Sat 11:03AM EST | Sat 11:03AM EST |
| CAP1915 | C182 | Beverly Rgnl (KBVY) | Sat 07:44AM EST | Sat 07:57AM EST | Sat 07:57AM EST |
| N222JS | F2TH | La Romana Int'l (LRM / MDLR) | Sat 07:40AM EST | Sat 12:00PM AST | Sat 12:00PM AST |
| N3284M | C310 | Albany Intl (KALB) | Sat 07:22AM EST | Sat 08:11AM EST | Sat 08:11AM EST |
| N136KY | EC35 | Near Bedford, MA | Sat 02:00AM EST | Sat 02:04AM EST | *02:04AM EST (?)* |
| N144NE | | Near Bedford, MA | Sat 01:28AM EST | Sat 01:41AM EST | *01:41AM EST (?)* |
| N800TL | H25B | Westchester County (KHPN) | Fri 08:14PM EST | Fri 08:56PM EST | Fri 08:56PM EST |
| EJA794 | CL35 | Ocala Intl (KOCF) | Fri 07:39PM EST | Fri 10:21PM EST | Fri 10:21PM EST |
| N436C | F2TH | Morristown Muni (KMMU) | Fri 05:47PM EST | Fri 06:38PM EST | Fri 06:38PM EST |
| N144NE | | Exeter Hospital (NH57) | Fri 05:26PM EST | Fri 05:44PM EST | Fri 05:44PM EST |
| N275ND | P28A | Laurence G Hanscom Fld (KBED) | Fri 04:26PM EST | Fri 05:03PM EST | Fri 05:03PM EST |
| CNS577 | PC12 | Bridgeport/Sikorsky (KBDR) | Fri 04:16PM EST | Fri 05:01PM EST | Fri 05:00PM EST |
| CNS182 | PC12 | Lebanon Muni (KLEB) | Fri 04:11PM EST | Fri 04:53PM EST | Fri 04:53PM EST |
| TWY33 | GLF6 | Nashville Intl (KBNA) | Fri 03:41PM EST | Fri 05:05PM CST | Fri 05:05PM CST |
| N48LP | SR22 | Laurence G Hanscom Fld (KBED) | Fri 03:37PM EST | Fri 04:43PM EST | Fri 04:43PM EST |

(Next 40) (Previous 40) (Currently displaying flights 320 - 360)

# Need more KBED historical data in Excel format?

Buy it now and have it emailed to you in a few hours.



**FlightAware provides accurate real-time, historical and predictive flight insights to all segments of the aviation industry.**

  





**Products & Services**

AeroAPI

FlightAware Firehose

FlightAware Foresight

Rapid Reports

Custom Reports

FlightAware Aviator

Premium Subscriptions

FlightAware Global

FlightAware FBO Toolbox

FlightAware TV℠

GlobalBeacon

**Company**

About

Careers

History

Advertise With Us

Newsroom

Blog

Webinars

GSA Contract # 47QTCA21D003F

**Community**

Photos

Squawks

Discussions

Host an ADS-B Site

**Support**

Contact Us

FAQs

English (USA) ☐ _ 2026 FlightAware  Terms of Use  Privacy  Cookie Settings

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 3 of 8

▾ jciachurski  ▾ My FlightAware  My Alerts
Basic User (Upgrade)
12:36PM EST  English (USA)



All ▾   ☐  Search for flight, tail, airport, or city

Forgot the flight number?

Contact Us

| Products | Industries | ADS-B | Flight Tracking | Community | Company |

(Departures) (Arrivals) (Scheduled Departures) (En Route/Scheduled to KBED)

- KBED Airport Flight Tracker
- KBED Airport Information and Procedures
- KBED Airport Photos
- KBED Weather
- Buy KBED Excel flight history

Filters: (Airline) (General Aviation) (All)



(Next 40) (Previous 40) (Currently displaying flights 360 - 400)

## Departures: Laurence G Hanscom Fld Airport (Bedford, MA) [KBED]

| Ident | Type | Destination | Departure↓ | Estimated Arrival Time | Arrival |
|---|---|---|---|---|---|
| N626JS | GLEX | Washington Dulles Intl (KIAD) | Fri 03:19PM EST | Fri 04:53PM EST | Fri 04:53PM EST |
| EJA459 | E55P | Newark Liberty Intl (KEWR) | Fri 03:17PM EST | Fri 04:10PM EST | Fri 04:10PM EST |
| N3195K | BE58 | Wiscasset (KIWI) | Fri 03:16PM EST | Fri 04:05PM EST | Fri 04:05PM EST |
| KOW700 | C750 | Palm Beach Intl (KPBI) | Fri 03:04PM EST | Fri 05:51PM EST | Fri 05:51PM EST |
| N31075 | BE36 | Knox County Rgnl (KRKD) | Fri 02:54PM EST | Fri 03:45PM EST | Fri 03:45PM EST |
| N144NE | | Lawrence General Hospital (16MA) | Fri 02:41PM EST | Fri 02:51PM EST | Fri 02:51PM EST |
| N276ND | P28A | Laurence G Hanscom Fld (KBED) | Fri 02:39PM EST | Fri 03:27PM EST | Fri 03:27PM EST |
| N8665P | PA24 | Bangor Intl (KBGR) | Fri 02:36PM EST | Fri 03:47PM EST | Fri 03:47PM EST |
| VJA502 | GL5T | Lynden Pindling Int'l (Nassau) (NAS / MYNN) | Fri 02:33PM EST | Fri 05:25PM EST | Fri 05:24PM EST |
| SCW4950 | CRJ2 | Muhammad Ali Intl (KSDF) | Fri 02:20PM EST | Fri 04:57PM EST | Fri 04:57PM EST |
| N836E | BE36 | Fitchburg Muni (KFIT) | Fri 02:15PM EST | Fri 02:46PM EST | Fri 02:46PM EST |
| TYSON58 | B737 | Alexandria Intl (KAEX) | Fri 02:12PM EST | Fri 05:02PM CST | Fri 05:02PM CST |
| N529BJ | SR20 | Laurence G Hanscom Fld (KBED) | Fri 02:08PM EST | Fri 02:51PM EST | Fri 02:51PM EST |
| N939AJ | E35L | Leesburg Exec (KJYO) | Fri 01:54PM EST | Fri 03:13PM EST | Fri 03:13PM EST |
| CNS342 | PC12 | Trenton Mercer (KTTN) | Fri 01:52PM EST | Fri 03:39PM EST | Fri 03:39PM EST |
| TFF910 | HA4T | Naples Muni (KAPF) | Fri 01:51PM EST | Fri 05:04PM EST | Fri 05:04PM EST |
| N1RS | C510 | LaGuardia (KLGA) | Fri 01:46PM EST | Fri 02:36PM EST | Fri 02:36PM EST |
| EJA677 | C68A | Witham Fld (KSUA) | Fri 01:40PM EST | Fri 04:55PM EST | Fri 04:55PM EST |

Case 1:26-cv-10300-LTS    Document 15-3    Filed 01/30/26    Page 4 of 8

| | | Departures: Laurence G Hanscom Fld Airport (Bedford, MA) [KBED] | | | |
|---|---|---|---|---|---|
| Ident | Type | Destination | Departure↓ | Estimated Arrival Time | Arrival |
| N664JH | SR20 | Laurence G Hanscom Fld (KBED) | Fri 01:30PM EST | Fri 02:26PM EST | Fri 02:26PM EST |
| N426MR | SR20 | Norwood Meml (KOWD) | Fri 01:20PM EST | Fri 01:32PM EST | Fri 01:32PM EST |
| N143NE | | Plymouth Muni (KPYM) | Fri 01:20PM EST | Fri 01:42PM EST | 01:42PM EST (?) |
| SPR700 | B350 | Halifax Int'l (CYHZ) | Fri 01:08PM EST | Fri 03:12PM AST | Fri 03:12PM AST |
| N2439Z | C172 | Danbury Muni (KDXR) | Fri 12:56PM EST | Fri 02:41PM EST | Fri 02:41PM EST |
| LXJ579 | CL35 | Patrick Leahy Burlington Intl (KBTV) | Fri 12:55PM EST | Fri 01:35PM EST | Fri 01:35PM EST |
| N263ND | P28A | Norwood Meml (KOWD) | Fri 12:25PM EST | Fri 12:42PM EST | Fri 12:42PM EST |
| N142NE | | Portsmouth Intl At Pease (KPSM) | Fri 12:24PM EST | Fri 01:01PM EST | Fri 01:01PM EST |
| EJA254 | CL60 | Vero Beach Rgnl (KVRB) | Fri 12:21PM EST | Fri 03:17PM EST | Fri 03:17PM EST |
| EJA603 | C68A | Washington Dulles Intl (KIAD) | Fri 12:20PM EST | Fri 01:47PM EST | Fri 01:47PM EST |
| N99AT | LJ31 | Rocky Mount/Wilson Rgnl (KRWI) | Fri 12:19PM EST | Fri 01:59PM EST | Fri 01:59PM EST |
| N1439 | S22T | Manchester Boston Rgnl (KMHT) | Fri 11:51AM EST | Fri 12:09PM EST | Fri 12:09PM EST |
| N691AF | PC12 | La Macaza/Mont Tremblant Intl (YTM / CYFJ) | Fri 11:40AM EST | Fri 02:38PM EST | 02:38PM EST (?) |
| N43128 | P28A | Laurence G Hanscom Fld (KBED) | Fri 11:37AM EST | Fri 12:24PM EST | Fri 12:24PM EST |
| N2184B | P28A | Laurence G Hanscom Fld (KBED) | Fri 11:30AM EST | Fri 12:06PM EST | Fri 12:06PM EST |
| EJA327 | E55P | Trenton Mercer (KTTN) | Fri 11:24AM EST | Fri 12:31PM EST | Fri 12:31PM EST |

(Next 40) (Previous 40) (Currently displaying flights 360 - 400)

# Need more KBED historical data in Excel format?

Buy it now and have it emailed to you in a few hours.



FlightAware provides accurate real-time, historical and predictive flight insights to all segments of the aviation industry.

  





| Products & Services | Company | Community |
|---|---|---|
| AeroAPI | About | Photos |
| FlightAware Firehose | Careers | Squawks |
| FlightAware Foresight | History | Discussions |
| Rapid Reports | Advertise With Us | Host an ADS-B Site |
| Custom Reports | Newsroom | |
| FlightAware Aviator | Blog | **Support** |
| Premium Subscriptions | Webinars | Contact Us |
| FlightAware Global | GSA Contract # 47QTCA21D003F | FAQs |
| FlightAware FBO Toolbox | | |
| FlightAware TV℠ | | |
| GlobalBeacon | | |

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 5 of 8

English (USA) ☐ ⊐ 2026 FlightAware  Terms of Use  Privacy  Cookie Settings

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 5 of 8

English (USA) ☐ ⊐ 2026 FlightAware  Terms of Use  Privacy  Cookie Settings

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 6 of 8

 



All ▼   [] Search for flight, tail, airport, or city                          Forgot the flight number?

Contact Us

| Products | Industries | ADS-B | Flight Tracking | Community | Company |

(Departures) (Arrivals) (Scheduled Departures) (En Route/Scheduled to KBED)

- KBED Airport Flight Tracker
- KBED Airport Information and Procedures
- KBED Airport Photos
- KBED Weather
- Buy KBED Excel flight history

Filters: (Airline) (General Aviation) (All)



(Next 40) (Previous 40) (Currently displaying flights 400 - 440)

## Departures: Laurence G Hanscom Fld Airport (Bedford, MA) [KBED]

| Ident | Type | Destination | Departure↓ | Estimated Arrival Time | Arrival |
|---|---|---|---|---|---|
| PAT415 | | Mc Guire Fld (Joint Base Mc Guire Dix Lakehurst) (KWRI) | Fri 11:16AM EST | Fri 12:45PM EST | 12:45PM EST (?) |
| N664JH | SR20 | Lawrence Muni (KLWM) | Fri 11:11AM EST | Fri 12:08PM EST | Fri 12:08PM EST |
| LXJ603 | E550 | Bermuda Int'l (BDA / TXKF) | Fri 11:06AM EST | Fri 01:51PM AST | Fri 01:51PM AST |
| GPD433 | PC12 | Westchester County (KHPN) | Fri 11:03AM EST | Fri 11:46AM EST | Fri 11:46AM EST |
| N27AC | SR20 | Laurence G Hanscom Fld (KBED) | Fri 10:48AM EST | Fri 11:10AM EST | Fri 11:10AM EST |
| N144NE | | Lowell General Hospital (40MA) | Fri 10:44AM EST | Fri 10:51AM EST | Fri 10:51AM EST |
| N276ND | P28A | Laurence G Hanscom Fld (KBED) | Fri 10:42AM EST | Fri 11:31AM EST | Fri 11:31AM EST |
| N239ND | P28A | Laurence G Hanscom Fld (KBED) | Fri 10:37AM EST | Fri 11:23AM EST | Fri 11:23AM EST |
| JRE720 | C25B | Manassas Rgnl (KHEF) | Fri 10:35AM EST | Fri 12:17PM EST | Fri 12:17PM EST |
| KFS134 | LJ45 | Manchester Boston Rgnl (KMHT) | Fri 10:09AM EST | Fri 10:19AM EST | Fri 10:19AM EST |
| N9380Q | BE33 | Patrick Leahy Burlington Intl (KBTV) | Fri 09:56AM EST | Fri 11:19AM EST | Fri 11:19AM EST |
| N513P | SR20 | New Bedford Rgnl (KEWB) | Fri 09:52AM EST | Fri 11:02AM EST | Fri 11:02AM EST |
| N36802 | P28R | Laconia Muni (KLCI) | Fri 09:50AM EST | Fri 10:25AM EST | Fri 10:25AM EST |
| N141L | B350 | Plymouth Muni (KPYM) | Fri 09:49AM EST | Fri 10:05AM EST | Fri 10:05AM EST |
| N27AC | SR20 | Laurence G Hanscom Fld (KBED) | Fri 09:48AM EST | Fri 10:38AM EST | Fri 10:38AM EST |
| N6910J | P28A | Laurence G Hanscom Fld (KBED) | Fri 09:47AM EST | Fri 09:55AM EST | Fri 09:55AM EST |
| N4243J | P28A | Laconia Muni (KLCI) | Fri 09:43AM EST | Fri 10:29AM EST | Fri 10:29AM EST |
| N285MK | P28A | Laurence G Hanscom Fld (KBED) | Fri 09:42AM EST | Fri 10:23AM EST | Fri 10:23AM EST |

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 7 of 8

| Ident | Type | Destination | Departure↓ | Estimated Arrival Time | Arrival |
|-------|------|-------------|-----------|------------------------|---------|
| N1439 | S22T | Laurence G Hanscom Fld (KBED) | Fri 09:34AM EST | Fri 11:07AM EST | Fri 11:07AM EST |
| N2184B | P28A | Laurence G Hanscom Fld (KBED) | Fri 09:32AM EST | Fri 10:39AM EST | Fri 10:39AM EST |
| EJA374 | E55P | Patrick Leahy Burlington Intl (KBTV) | Fri 09:24AM EST | Fri 10:04AM EST | Fri 10:04AM EST |
| N727SH | S22T | Laurence G Hanscom Fld (KBED) | Fri 09:22AM EST | Fri 11:04AM EST | Fri 11:04AM EST |
| N654JB | M20T | Minute Man Air Field (6B6) | Fri 09:14AM EST | Fri 10:05AM EST | 10:05AM EST (?) |
| TIV750 | C750 | Princess Juliana Intl (SXM / TNCM) | Fri 09:13AM EST | Fri 01:42PM AST | Fri 01:42PM AST |
| N13151 | C172 | Laurence G Hanscom Fld (KBED) | Fri 09:01AM EST | Fri 09:45AM EST | Fri 09:45AM EST |
| N43128 | P28A | Laurence G Hanscom Fld (KBED) | Fri 09:00AM EST | Fri 10:11AM EST | Fri 10:11AM EST |
| N508WK | S22T | Plymouth Muni (KPYM) | Fri 08:04AM EST | Fri 08:23AM EST | Fri 08:23AM EST |
| TIV680 | C680 | Spirit of St Louis (KSUS) | Fri 08:00AM EST | Fri 10:15AM CST | Fri 10:15AM CST |
| N936EA | C56X | Philadelphia Intl (KPHL) | Fri 03:35AM EST | Fri 04:38AM EST | Fri 04:38AM EST |
| EJA135 | GL5T | Washington Dulles Intl (KIAD) | Thu 11:32PM EST | Fri 12:44AM EST | Fri 12:44AM EST |
| N144NE | | Beverly Hospital (MA20) | Thu 10:54PM EST | Thu 11:06PM EST | Thu 11:06PM EST |
| TWY80 | H25B | Knox County Rgnl (KRKD) | Thu 10:10PM EST | Thu 10:41PM EST | Thu 10:41PM EST |
| EJA451 | E55P | Boston Logan Intl (KBOS) | Thu 09:32PM EST | Thu 09:44PM EST | Thu 09:44PM EST |
| N654WA | C56X | Savannah/Hilton Head Intl (KSAV) | Thu 09:22PM EST | Fri 12:03AM EST | Fri 12:03AM EST |
| ELZ420 | CL35 | Boca Raton (KBCT) | Thu 07:55PM EST | Thu 10:56PM EST | Thu 10:55PM EST |

(Next 40) (Previous 40) (Currently displaying flights 400 - 440)

# Need more KBED historical data in Excel format?

Buy it now and have it emailed to you in a few hours.



**FlightAware provides accurate real-time, historical and predictive flight insights to all segments of the aviation industry.**

  





**Products & Services**

AeroAPI

FlightAware Firehose

FlightAware Foresight

Rapid Reports

Custom Reports

FlightAware Aviator

Premium Subscriptions

FlightAware Global

FlightAware FBO Toolbox

FlightAware TV℠

GlobalBeacon

**Company**

About

Careers

History

Advertise With Us

Newsroom

Blog

Webinars

GSA Contract # 47QTCA21D003F

**Community**

Photos

Squawks

Discussions

Host an ADS-B Site

**Support**

Contact Us

FAQs

🖳 English (USA) ⬚ · · 2026 FlightAware  Terms of Use  Privacy  Cookie Settings

Case 1:26-cv-10300-LTS    Document 13-3    Filed 01/30/26    Page 8 of 8