UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARIA GUEVARA PERUANO, )<br><br>   Petitioner )<br><br>   v. )<br><br> WESLING, et al. )<br><br>   Respondents. ) | C.A. No. 26-cv-10300-LTS |

## STATUS REPORT

Pursuant to this Court's Order dated January 30, 2026, Respondents respectfully provide the Court with the following status report.  Undersigned counsel has been informed by counsel for Immigration and Customs Enforcement of the following:

1. Upon receipt of the Court's Order, Respondents promptly scheduled Petitioner for a commercial flight to Boston that departed Alexandria, Louisiana at approximately 6:06 AM on Sunday, January 31, 2026, with an approximate arrival time in Boston at 5:15 PM.  Undersigned counsel provided Petitioner's counsel with the flight itinerary, which included all flight information and departure and arrival times, on January 30, 2026 at 8:31 PM.  The flight was booked and paid for by the United States.

2. Petitioner was provided with transport to the airport but was released from custody prior to boarding her flight at approximately 6:06 AM on January 31, 2026.

3. Undersigned counsel confirmed with counsel for Petitioner that Petitioner arrived in Boston as scheduled on January 31, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112

Date:  February 3, 2026

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I served a true copy of the above document, Notice of Appearance, upon all parties of record via this court's electronic filing system.

Date:   February 3, 2026                    */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

2