**DECLARATION OF LAURA MARIA GUEVARA PERUANO**

*Petitioner*

I, <u>Laura Maria Geuvara Peruano</u>, swear under penalty of perjury that the following statement is true and correct to the best of my knowledge and ability.

1. My name is Laura Maria Guevara Peruano.

2. I was born on October 16, 1994, in Pichincha, Ecuador. I am 31 years old.

3. I have suffered a lot in my life. While I was still living in Ecuador, I was forcibly and permanently sterilized by the Ecuadoran government. Then, in 2022, I was trafficked to the United States by my ex-partner for the purpose of sex and labor trafficking. I would not be here if he had not forced me to leave Ecuador. In November of 2025, I filed a T-Nonimmigrant Petition based on that experience. I have an upcoming appointment to get biometrics done – something that I was unable to do while in ICE detention.

4. In January 2026, I was granted Withholding of Removal because of what I suffered in Ecuador. Although the Immigration Judge granted me Withholding of Removal, she denied my asylum application solely due to discretion. I am currently in the process of appealing that decision to the Board of Immigration Appeals.

5. On Wednesday, February 4, 2026, I retained an attorney to represent me in my appeal. This attorney's practice is located about 20 minutes away from my home in Meridan, CT – where I have resided since entering the United States. This is where I have family, friends, a community, and now another attorney helping me.

**I have been detained by ICE since August 2025 – the whole experience was bad but it was most horrific in late January when they transferred me to Burlington, Massachusetts and then Basile, Louisiana.**

6. January 22, 2026 was a really scary day for me. On that day, I was being detained by ICE at Cumberland County Jail – where I had been for approximately five months.

7. At some point in the afternoon, all of a sudden things got really strange and scary. The guards started throwing our personal belongings away and telling us that we were leaving.

8. No one gave us any information about why or where we were going. Our commissary accounts and tablets were shut off so there was no way to call anyone, like my lawyer.

9. All of the ladies held with me were panicked – there was a lot of shouting and crying and general anxiety about what was happening.

10. A few hours later, the officers came in and started yelling at us to grab our things and leave. No one explained what was going on. When we got outside, ICE was waiting for us. They put handcuffs around ours wrists and feet, and chains around our waist. The handcuffs were tight and hurt a lot. They loaded us onto a bus and drove into the night.

11. We were in the van for a few hours. The officers blasted the heat and would not give us any water. It was so hot that one of the other woman in the van fainted, but the officers would not even stop to make sure that she was okay. We were so scared and we were begging the officers to pull over.

12. Eventually the bus stopped at the ICE Office in Burlington, MA. After they unloaded the bus, ICE shoved all of us into a tiny room in the back and locked the door. There was already a lot of women in the cell. There were so many people in the room that we could not even sit. There were a few cement benches and about 10 mattresses on the ground. The people that were in there before had already claimed all the mattresses. If I had to guess there were about 75 women in there. It was way too many people for one room.

13. I felt like I could feel the oxygen leaving the room. It was hot and stuffy, the air was thick. People were crying and shouting for answers about what was happening.

14. There was only one toilet in the room. It had no walls or doors around it, so you had to use it in front of everyone. It smelled terrible.

15. I have chronic epilepsy, and when I am stressed I am extremely prone to severe epileptic seizures. It was so hot in the room and I was so distressed that I had a very bad seizure. Apparently it was several minutes before the ICE officers opened the door to check on me, after women were pleading for help. They eventually called the medics and I was checked out by them.

16. I was not the only one that suffered a medical emergency – several other women fainted and a few were even sent to the emergency room.

17. It was impossible to sleep the entire time I was kept there. In addition to not being able to sit or lay down, it was hot, it smelled terrible, and they kept on the bright lights. It was horrible. I can't believe they were treating us that way.

18. <u>Early on Friday morning, ICE told us that we were being moved. They called out a bunch of names and handcuffed us all. They put the handcuffs and chains back on our wrists, feet, and waist. Then they moved us into a vehicle. This was early in the morning – they did not allow us to eat breakfast or go to the bathroom or really prepare to leave. They would not even let us call our lawyers.</u>

19. We waited on the bus for a few hours before they finally started driving. They put the heat on so high and it was difficult to breathe. The car ride was horrific – the vehicle was going so fast. We were handcuffed for the duration of the ride and our bodies just kept flailing around with the speed and turns of the vehicle. I felt horrible – I was nauseas, had a headache, was hungry, and could hardly remain conscious.

20. Finally, we arrived at some type of airport. ICE loaded us all onto planes, where we sat waiting for several hours. I was starving and had to pee and so thirsty. They kept shouting that we were not allowed to do anything about that until the plane took off.

21. I felt so unwell – I was dizzy, confused, unable to think, and on the point of convulsing nearly the entire plane ride. The ICE officers just kept shouting over and over. Everything on the plane was loud and intense. Nothing made sense.

22. The plane ride itself was horrible. They still did not let us use the bathroom or give us anything to eat or drink. Because they refused to tell us anything, we had no idea where we were going. We didn't know if we were being transferred or deported. On the plane, one woman vomited blood. We didn't even know if we would see our families again. It was terrifying.

23. Finally, late at night on January 23, I was taken to the South Louisiana ICE Processing Center (SLIPC) in Basile, Louisiana ("LA"). The conditions there were terrifying – people were sleeping on the ground, the food was disgusting, the staff shouted at us all the time. I felt like no one was listening to me. As I previously told this Court, they refused to give me my medication. Every time it was offered to me, I took it. My seizures are horrible and I would never refuse to take my medication.

24. There is not running water all the time, so we weren't allowed to use the bathrooms or shower at certain times of the day. The time changes every day – sometimes they shut it off at dinnertime, sometimes in the middle of the afternoon. The toilets broke a lot and no one would fix them, so they would overflow and smell. When the water is shut off, women would still use the toilets and they would fill with pee.

25. The water that came out of the faucet was brown and we had to shower naked with the other women or wake up very early or wait until last. It was humiliating.

26. They released me from detention from the prison in Louisiana. They dropped me off at the airport with a few papers and my cell phone, but none of the identification documents I had with me when I was arrested. They also didn't give me my clothes from when I was arrested, so I had to wear the beige prison uniform. It was humiliating while I walked through the airports in Louisiana and Dallas because people would not stop staring at me.

**I am afraid of being detained by ICE again.**

27. Since this Court released me, I have been trying to pick up the pieces of my life that were shattered by my detention by ICE.

28. I have moved forward in appealing the Immigration Court's decision to deny my asylum application. I have hired an attorney to represent me on appeal. She lives about 20 minutes away from me and is representing me *pro bono* because I cannot afford a private attorney.

29. I have moved forward in pursuing my T-Nonimmigrant Application. While I was detained, I was supposed to get my biometrics taken to as the next step in my application. However, people in people in ICE custody are not allowed to go to those appointments. While I was detained, I missed three biometrics appointments. Since I was released, my lawyer rescheduled my appointment for me. It is on March 4, 2026 at 12:00 p.m.

30. If I am re-detained by ICE, I will not be able to participate fully in my appeal or in pursuing my T-Nonimmigrant Application.

31. I am also very afraid of the psychological harm I would suffer if I was re-detained. What ICE did to me was traumatizing – it caused a severe increase in anxiety, panic, depression, and seizures. I shake at the thought of being detained by ICE again and what that would do to my mental health and overall wellbeing.

32. Their mistreatment and total disregard for my life makes me feel deeply terrified for what ICE could have done and could do to me if I were re-detained.

33. Thank you so much for letting me out, Judge. I beg you to not let ICE take me back.

*Signature Page to Follow*

## SIGNATURE PAGE

I, __Laura Maria Guevara Peruano__ , swear to the truth of the foregoing declaration. I further attest that I understand the content of this document and believe it to be true to the best of my knowledge and belief.

*Laura Guevara*
          Signature

02/27/2026
_____
          Date

## **CERTIFICATE OF INTERPRETATION**

I, Lia Jane Newman, certify that I am competent to interpret from Spanish to English and that I have transcribed and interpreted the foregoing Declaration to the best of my knowledge and ability. Petitioner, Laura Maria Guevara Peruvian, affirmed accuracy and understanding of all portions of the Declaration.

*Lia Jane Newman*                                        **02/27/2026**

_____                          _____

Lia Newman                                               Date