UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARIA GUEVARA PERUANO, )<br><br> Petitioner )<br><br>v. )<br><br>WESLING, et al. )<br><br> Respondents. ) | C.A. No. 26-cv-10300-LTS |

## **RESPONSE TO COURT ORDER**

Pursuant to this Court's Memorandum and Order (Doc. No. 43) (the "Order"), Respondents respectfully submit the following:

1.      Copies of this Court's Order were provided to the following on or before May 22, 2026:

- David Wesling, Field Office Director;

- Brian Sullivan, Acting Field Office Director;

- Vanessa Woodman de Lazo, Associate Regional Counsel, Northeast Region, Office of the Principal Legal Advisor;

- Brian McDonnell, Deputy Regional Counsel, Northeast Region, Office of the Principal Legal Advisor.[1]

---

[1] Vanessa Woodman de Lazo and Brian McDonnell are the supervisors of the federal litigation unit at the Office of the Principal Legal Advisor for the Northeast Region.

2.      The contents of this Court's Order, insofar as it addresses the conduct, statements, and testimony of Acting Field Office Director Sullivan, were explained to him by counsel during an in-person meeting on May 22, 2026.

3.      Respondents have coordinated with counsel for Petitioner to arrange for the return of any outstanding items seized from Petitioner during her arrest.  Outstanding items are in the process of being returned to Burlington, Massachusetts,[2] so that Petitioner's counsel may pick them up in person at her convenience.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Nicole M. O'Connor
       Nicole M. O'Connor
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3112

Date:  May 27, 2026

---

[2] Several items were at the National Record Center outside of this jurisdiction.

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I served a true copy of the above document was served upon all parties of record via this court's electronic filing system on May 27, 2026.

Date:   May 27, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney