# EXHIBIT 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| LAURA GUEVARA PERUANO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 1:26-cv-10300-LTS |
| v. | ) | |
| | ) | |
| DAVID WESLING, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**DECLARATION OF JULIA CIACHURSKI, ESQ.**

I, Julia Maria Catarina Ciachurski, state that the following facts are true and accurate, based on my personal knowledge, and that I am competent to testify to the truth and accuracy of the same:

1. I have been a member in good standing of the Bar of the Commonwealth of the Commonwealth of Massachusetts since 2021 and of the Bar of the United States District Court for the District of Massachusetts since 2025.

2. I am a staff attorney at the Political Asylum/Immigration Representation (PAIR) Project, a nonprofit organization in Boston, Massachusetts. The mission of the PAIR Project is to provide *pro bono* legal services to indigent asylum seekers, noncitizens detained by Immigration and Customs Enforcement ("ICE"), and others seeking humanitarian relief. I am an attorney within PAIR's Detention Program and represent immigrants in proceedings related to their immigration and custody cases.

3. In January 2026, I was retained by Petitioner through her removal defense attorney, Lia Newman, for *pro bono* services in connection to her detention by ICE after she was

transferred from Cumberland County Jail in Portland, Maine to the ICE Field Office in Burlington, Massachusetts. I am lead counsel for Petitioner in the above-captioned Petition for Writ of Habeas Corpus.

4. During the course of this litigation, I maintained time records in the normal course of my duties as staff attorney and counsel on the above-referenced petition, records which I kept in good faith and which I created routinely and contemporaneously with the conduct described in each record, or within a reasonable time thereafter ("Time Records").

5. The Time Records are reflected in **Exhibit 2** of this application for EAJA fees. To prepare Exhibit 2 for filing, I revised my contemporaneously kept records for clarity and to protect attorney-client privilege. **Exhibit 2** accurately reflect the tasks I completed in connection with litigating the Petition and the time I spent to complete those tasks.

6. Upon review of the Time Records corresponding to the above-captioned petition, I have determined that I spent a total of no fewer than **56.2** hours on tasks related to the litigation of this Petition for Writ of Habeas Corpus.

7. These tasks generally included conducting legal research, drafting the Petition, motions, and memorandum of law, communicating with Petitioner and her removal defense attorney, reviewing Respondents' evidence, communicating with Respondents' counsel, and preparing for and attending the several hearings held in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of May, 2026.

/s/ *Julia Ciachurski*
Julia Ciachurski