# EXHIBIT 2

**TAB A**

**Compilation of Time Records for Julia Ciachurski**

| Date | Description of tasks completed | Hours |
|---|---|---|
| 1/23/2026 | Research and draft habeas petition; confer with removal defense counsel; file habeas petition | 3.1 |
| 1/23/2026 | Confer with removal defense counsel regarding medical care in detention and court order | 0.6 |
| 1/26/2026 | Confer with removal defense counsel regarding Louisiana transfer and court order | 1.0 |
| 1/27/2026 | Review Court's order | 0.1 |
| 1/30/2026 | Email with AUSA O'Connor re Petitioner's release from detention; manage logistics of Petitioner's release | 0.4 |
| 1/27/2026 | Review government's opposition to habeas and declaration from Brian Sulivan | 0.7 |
| 1/27/2026 | Confer with removal defense counsel | 0.5 |
| 1/27/2026 | Prepare for status conference hearing | 0.3 |
| 1/27/2026 | Attend status conference hearing via Zoom | 0.4 |
| 1/28/2026 | Review government's status report | 0.1 |
| 1/28/2026 | Confer with removal defense counsel; begin drafting Petitioner's portion of joint status report | 1.2 |
| 1/29/2026 | Continue drafting Petitioner's portion of joint status report; conduct research regarding ICE flight times; confer with removal defense counsel | 3.3 |
| 1/29/2026 | Emails with AUSA O'Connor re filing of joint status report | 0.3 |
| 1/30/2026 | Review Court's order; confer with removal defense counsel | 1.0 |
| 2/3/2026 | Review government's status report | 0.3 |
| 2/3/2026 | Review Court's order | 0.9 |
| 2/4/2026 | Prepare for February 10 evidentiary hearing | 0.5 |
| 2/4/2026 | Confer with removal defense counsel | 0.2 |
| 2/5/2026 | Emails with AUSA O'Connor regarding government's request for an extension of time | 0.2 |
| 2/5/2026 | Review government's motion for an extension of time | 0.1 |
| 2/6/2026 | Review government's recently filed documents; confer with removal defense counsel | 2.9 |
| 2/9/2026 | Review government's motion to seal; review Court's order | 0.1 |
| 2/9/2026 | Email with AUSA O'Connor re request to file declaration in camera | 0.1 |
| 2/9/2026 | Review government's recently filed documents | 0.7 |

| 2/9/2026 | Prepare and review Petitioner's declaration for filing; review removal defense counsel's declaration for filing; file documents | 2.0 |
|---|---|---|
| 2/9/2026 | Prepare for February 10 evidentiary hearing; review of client file | 3.2 |
| 2/10/2026 | Prepare for February 10 evidentiary hearing | 1.5 |
| 2/10/2026 | Travel to and from courthouse; evidentiary hearing | 2.3 |
| 2/11/2026 | Review Court's order | 0.3 |
| 2/12/2026 | Review government's recently filed documents | 1.5 |
| 2/12/2026 | Confer with removal defense counsel | 0.5 |
| 2/12/2026 | Prepare for February 13 evidentiary hearing; review of client file | 2.5 |
| 2/13/2026 | Prepare for February 13 evidentiary hearing | 1.2 |
| 2/13/2026 | Travel to and from courthouse; evidentiary hearing | 3.0 |
| 2/24/2026 | Begin researching and drafting memorandum of law | 1.8 |
| 2/24/2026 | Emails with AUSA O'Connor re Petitioner's request for extension of time | 0.2 |
| 2/24/2026 | Prepare and file Petitioner's motion for an extension of time | 0.4 |
| 2/24/2026 | Review Court's order | 0.1 |
| 2/25/2026 | Confer with removal defense counsel; review Petitioner's psychological and medical evaluation | 1.3 |
| 2/25/2025 | Continue drafting memorandum of law | 2.6 |
| 2/27/2026 | Review Petitioner's declaration; confer with removal defense counsel | 1.1 |
| 2/27/2026 | Finalize memorandum of law and exhibits for filing | 2.8 |
| 3/17/2026 | Review government's recently filed documents | 3.4 |
| 3/27/2026 | Email with Clerk Dore re filing a reply | 0.1 |
| 4/1/2026 | Confer with removal defense counsel | 0.3 |
| 5/20/2026 | Review Court's order granting petition | 1.3 |
| 5/22/2026 | Email with AUSA O'Connor about missing property; manage logistics of missing property | 0.1 |
| 5/27/2026 | Manage logistics of missing property | 0.2 |
| 5/27/2026 | Prepare fee application | 3.5 |
| | **TOTAL HOURS:** | 56.2 |