# EXHIBIT 3

 **U.S. BUREAU OF LABOR STATISTICS**

# Databases, Tables & Calculators by Subject

 **Special Notices** *4/25/2024*

**Change Output Options:**     From: 1996     To: 2025

include graphs     include annual averages     More Formatting Options

Data extracted on: November 25, 2025 (3:06:15 PM)

**Consumer Price Index for All Urban Consumers (CPI-U)**

| | |
|---|---|
| **Series Id:** | CUURS11ASA0 |
| | Not Seasonally Adjusted |
| **Series Title:** | All items in Boston-Cambridge-Newton, MA-NH, all urban consumers, not seasonally adjusted |
| **Area:** | Boston-Cambridge-Newton, MA-NH |
| **Item:** | All items |
| **Base Period:** | 1982-84=100 |

**Download:**  **.xlsx**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1996** | 162.2 | | 162.8 | | 161.8 | | 162.0 | | 163.5 | | 166.3 | | 163.3 | 162.3 | 164.4 |
| **1997** | 167.7 | | 168.1 | | 166.7 | | 167.1 | | 167.8 | | 169.4 | | 167.9 | 167.5 | 168.4 |
| **1998** | 171.2 | | 171.3 | | 170.9 | | 170.7 | | 172.1 | | 173.3 | | 171.7 | 171.1 | 172.3 |
| **1999** | 174.1 | | 174.8 | | 174.2 | | 175.3 | | 176.8 | | 179.2 | | 176.0 | 174.5 | 177.5 |
| **2000** | 180.2 | | 182.8 | | 181.7 | | 183.2 | | 184.3 | | 187.4 | | 183.6 | 181.8 | 185.4 |
| **2001** | 189.0 | | 190.9 | | 190.9 | | 192.1 | | 192.7 | | 192.7 | | 191.5 | 190.5 | 192.6 |
| **2002** | 192.9 | | 194.7 | | 194.8 | | 195.7 | | 199.1 | | 200.4 | | 196.5 | 194.4 | 198.7 |
| **2003** | 199.8 | | 202.8 | | 202.3 | | 203.0 | | 206.8 | | 206.5 | | 203.9 | 201.9 | 205.9 |
| **2004** | 208.4 | | 208.7 | | 208.7 | | 208.9 | | 209.8 | | 211.7 | | 209.5 | 208.6 | 210.3 |
| **2005** | 211.3 | | 214.2 | | 214.6 | | 217.2 | | 220.1 | | 218.6 | | 216.4 | 213.9 | 218.9 |
| **2006** | 220.5 | | 221.3 | | 222.9 | | 225.1 | | 224.5 | | 223.1 | | 223.1 | 222.0 | 224.2 |
| **2007** | 224.432 | | 226.427 | | 226.247 | | 226.929 | | 227.850 | | 230.689 | | 227.409 | 225.910 | 228.909 |
| **2008** | 231.980 | | 233.084 | | 235.344 | | 241.258 | | 238.519 | | 232.354 | | 235.370 | 234.239 | 236.502 |
| **2009** | 230.806 | | 232.155 | | 231.891 | | 233.018 | | 236.596 | | 236.589 | | 233.778 | 231.802 | 235.754 |
| **2010** | 237.266 | | 237.986 | | 238.083 | | 236.132 | | 236.474 | | 238.103 | | 237.446 | 237.683 | 237.209 |
| **2011** | 239.814 | | 242.787 | | 244.574 | | 244.256 | | 245.310 | | 245.030 | | 243.881 | 242.761 | 245.001 |
| **2012** | 245.891 | | 247.166 | | 246.582 | | 246.326 | | 249.488 | | 249.929 | | 247.733 | 246.583 | 248.883 |
| **2013** | 249.957 | | 250.835 | | 250.036 | | 251.067 | | 251.918 | | 252.230 | | 251.139 | 250.368 | 251.909 |
| **2014** | 253.123 | | 254.982 | | 255.209 | | 255.296 | | 255.878 | | 256.262 | | 255.184 | 254.619 | 255.750 |
| **2015** | 254.556 | | 257.013 | | 256.839 | | 256.999 | | 256.643 | | 258.407 | | 256.715 | 256.376 | 257.055 |
| **2016** | 257.215 | | 258.587 | | 260.809 | | 260.800 | | 262.606 | | 261.675 | | 260.496 | 259.188 | 261.803 |
| **2017** | 264.865 | | 265.070 | | 266.256 | | 266.429 | | 269.757 | | 269.149 | | 267.033 | 265.594 | 268.472 |
| **2018** | 272.229 | | 274.591 | | 274.668 | | 275.402 | | 278.663 | | 277.632 | | 275.815 | 274.148 | 277.483 |
| **2019** | 278.976 | | 280.393 | | 280.937 | | 280.943 | | 281.603 | | 283.526 | | 281.082 | 280.107 | 282.057 |
| **2020** | 285.181 | | 285.544 | | 282.620 | | 283.175 | | 283.391 | | 284.622 | | 284.266 | 284.754 | 283.778 |
| **2021** | 286.615 | | 289.240 | | 291.667 | | 295.211 | | 294.784 | | 299.723 | | 293.521 | 289.901 | 297.142 |
| **2022** | 304.634 | | 310.311 | | 313.578 | | 315.841 | | 318.800 | | 320.702 | | 314.356 | 310.111 | 318.602 |
| **2023** | 324.270 | | 324.859 | | 324.927 | | 324.746 | | 327.145 | | 328.362 | | 326.016 | 324.839 | 327.192 |
| **2024** | 330.746 | | 335.599 | | 337.772 | | 335.963 | | 338.258 | | 338.512 | | 336.376 | 335.178 | 337.575 |
| **2025** | 343.486 | | 343.972 | | 347.897 | | 346.856 | | 349.271 | | | | | 346.170 | |

U.S. BUREAU OF LABOR STATISTICS  Office of Publications and Special Studies  Suitland Federal Center  Floor 7  4600 Silver Hill Road  Washington, DC 20212-0002

Telephone: 202-691-5200  Telecommunications Relay Service: 7-1-1  www.bls.gov  Contact Us