# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LAURA GUEVARA PERUANO, | ) |
|  | ) |
| Petitioner, | ) |
|  | )    Case No. 1:26-cv-10300-LTS |
| v. | ) |
|  | ) |
| DAVID WESLING, et al. | ) |
|  | ) |
| Respondents. | ) |

**SUPPLEMENTAL DECLARATION OF LAURA MARIA GUEVARA PERUANO**

I, Laura Maria Guevara Peruano, state that the following facts are true and accurate, based on my personal knowledge, and that I am competent to testify to the truth and accuracy of the same:

1. I, Laura Maria Guevara Peruano, am the petitioner in the above-referenced action.

2. At the time the above-referenced action was filed, and continuing through today, I have been an individual whose net worth has not exceeded two million dollars ($2,000,000).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of May, 2026.

*/s/ Laura Maria Guevara Peruano*
Laura Maria Guevara Peruano