UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LAURA MARIA GUEVARA PERUANO, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil No. 26-10300-LTS |
| DAVID WESLING et al., | ) ) ) | |
| Respondents. | ) ) ) | |

JUDGMENT

June 5, 2026

SOROKIN, J.

Pursuant to the Court's Memorandum and Order dated May 20, 2026 (Doc. No. 43), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Pursuant to the Court's separate Order dated June 5, 2026 (Doc. No. 47), the petitioner's fees and costs shall be paid by U.S. Immigration and Customs Enforcement.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge