UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARIA GUEVARA PERUANO,<br><br>Petitioner<br><br>v.<br><br>WESLING, et al.<br><br>Respondents. | C.A. No. 26-cv-10300-LTS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER**

Respondents respectfully move for an extension of time, up to and including July 6, 2026, to comply with this Court's Order on Attorney's Fees (Doc. No. 47). In support of this Motion, Respondents submit the following:

1. On June 5, 2026, this Court issued an Order on Attorney's Fees, requiring Immigration and Customs Enforcement ("ICE") to pay $14,967.18 to Petitioner's counsel within seven days of the Order. Undersigned counsel has been informed that ICE is processing this payment, but that additional time is needed to comply with this Court's Order.

2. Before ICE can issue payment, the government must obtain certain information from Petitioner's counsel (payee identification information, bank information, etc.). On Friday afternoon, upon receipt of this Courts' Order, undersigned counsel conferred with counsel for Petitioner to obtain this information. Petitioner's counsel is in the process of obtaining this information.

3. Undersigned counsel has been informed that it typically takes the government approximately 60 days to process payment. Issuing payment on an expedited schedule requires

additional resources, which are currently strained due to the lapse in regular appropriations for ICE. Nonetheless, ICE is working to comply with this Court' Order as soon as possible, but because a budget is not in place, additional internal review processes are needed to process payment. Undersigned counsel has been informed that ICE anticipates it will be able to complete this process within 30 days of this Courts' Order.

4. Undersigned counsel has conferred with counsel for Petitioner, who assents to the relief requested herein.

WHEREFORE, for the reasons described above, Respondents respectfully request that they be granted an extension of time, until July 6, 2026, to comply with this Court's Order as described above.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112

Date: June 8, 2026

**7.1 CERTIFICATION**

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I conferred with counsel for Petitioner prior to filing this motion, who assented to the relief requested herein.

Date: June 8, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Nicole M. O’Connor, Assistant U.S. Attorney, hereby certify that I served a true copy of the above document upon all parties of record via this court’s electronic filing system.

Date: June 8, 2026

*/s/ Nicole M. O’Connor*
Nicole M. O’Connor
Assistant U.S. Attorney